FILED
MAR 24 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

VERONICA I. CARNEY,

Plaintiff,

v.

AMERIQUEST MORTGAGE COMPANY,

Defendant.

C.A. No. 06-068-S-DLM

3/27/06

**ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant Ameriquest Mortgage Company ("Ameriquest") respectfully requests that the Court enlarge the time within which it may answer or otherwise respond to plaintiff's Complaint ("Complaint") up through and including April 12, 2006. As grounds for the motion, Ameriquest states:

1. Ameriquest was served with the initial summons and Complaint in the above-referenced matter on February 14, 2006. Ameriquest's response to the Complaint was due to be served on or before March 6, 2006. Plaintiff's counsel agreed to extend the time by which Ameriquest could serve its response to the Complaint.

2. This case is one of a number of individual actions brought by plaintiff's counsel against Ameriquest in this district. To provide Ameriquest with sufficient time to answer or otherwise respond to the Complaints, plaintiff's counsel has agreed to a single date – April 12, 2006 -- for Ameriquest to respond to this and at least eleven of the other actions. Accordingly,

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
March 28, 2006

BOS-949616 v1