FAMILY AND CONSUMER LAW CENTER

WWW.RICONSUMERLAW.COM

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

ATTORNEYS & COUNSELORS AT LAW

January 30, 2006

Ameriquest Mortgage Company
1100 Town and Country Road
Suite 200
Orange, CA 92868

**Re: Notice of Rescission by Veronica I. Carney, 476 Power Rd., Pawtucket, RI 02860, Loan Númber: 0077170405-5782, Closing Date:04/16/2004**

To Whom It May Concern:

I represent Veronica I. Carney concerning the mortgage loan transaction she entered into with Ameriquest Mortgage Corporation on April 16, 2004. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mrs. Carney was given incomplete and therefore inaccurate notices of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Corporation on the Carney's property located at 476 Power Rd., Pawtucket, R.I is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Veronica I. Carney**
**By her Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Veronica I. Carney

*TWO DEXTER STREET, P.O. BOX 479 PAWTUCKET, RI 02862 PHONE (401) 728-6060 FAX (401) 728-6534*